Imran F. Vakil, Esq. (Bar No. 248859)
    ivakil@nexiolaw.com
**NEXIO, PC**
245 Fischer Avenue
Suite C3
Costa Mesa, CA 92626
Phone:     (949) 478-6830
Facsimile: (949) 478-1275
*Attorneys for Plaintiffs,*
*Sream, Inc. and RooR International BV*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SREAM, INC, a California corporation; and ROOR INTERNATIONAL BV, a Foreign Corporation<br><br>    Plaintiffs,<br><br>v.<br><br>BLOW AND TELL CORPORATION, *et al.*,<br><br>    Defendants. | Case No. 2:18-cv-03056-JAM-AC<br><br>**REQUEST TO APPEAR TELEPHONICALLY AT MOTION FOR DEFAULT JUDGEMENT**<br><br>Date:        April 24, 2019<br>Time:        10:00 am<br>Court:       501 I Street<br>             Sacramento, CA 95814<br>             Courtroom 26 (8th floor)<br>Judge:       Hon. Allison Claire |

**REQUEST TO APPEAR TELEPHONICALLY**

TO THE COURT AND THE HONORABLE ALLISON CLAIRE:

Imran F. Vakil, hereby requests permission to appear telephonically at Plaintiffs' Motion For Default Judgement against Blow and Tell Corporation currently set for April 24, 2019 at 10:00 a.m. in Courtroom 26 (8th floor) before the Honorable Allison Claire.

Imran F. Vakil will be appearing on Plaintiff's behalf and can be reached directly at (949) 478-6801.

Dated: March 7, 2019                    **NEXIO, PC**


                                        By:  /s/ Imran F. Vakil /
                                             Imran F. Vakil
                                             *Attorneys for Plaintiffs,*
                                             *Sream, Inc. and RooR International BV*

**REQUEST TO APPEAR TELEPHONICALLY**

# ORDER

Having considered and reviewed Imran F. Vakil's request to appear telephonically,

IT IS SO ORDERED.

DATED: March 7, 2019

_allison Clare_

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

**ORDER RE REQUEST TO APPEAR TELEPHONICALLY**